# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| TEXAS PUBLIC RADIO, *Plaintiff*, v. U.S. DEPARTMENT OF AGRICULTURE, *Defendant*. | Civil Action No. 5:20-cv-01156-DAE |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO SET ANSWER DATE

On this date, the Court considered the parties' Joint Motion to Set Answer Date. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the parties' Joint Motion to Set Answer Date is GRANTED. United States Department of Agriculture's answer will be due on the later of December 4, 2020, or 14 days after Plaintiff files an Amended Complaint.

Signed on this ___ day of _____, 2020.

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE

AGREED:

| | |
|---|---|
| */s/ Kristin K. Bloodworth* | */s/ Thomas S. Leatherbury* |
| Kristin K. Bloodworth | Thomas S. Leatherbury |
| State Bar No. 24095848 | State Bar No. 12095275 |
| Matthew Mueller | SMU DEDMAN SCHOOL OF LAW |
| State Bar No. 24095592 | FIRST AMENDMENT CLINIC |
| United States Attorney's Office | 3315 Daniel Avenue (75205) |
| Western District of Texas | P.O. Box 750116 |
| 601 Northwest Loop 410, Ste. 600 | Dallas, Texas 75275-0116 |
| San Antonio, Texas 78216 | Telephone: (214) 768-2562 |
| Telephone: (210) 384-7315 | Facsimile: (214) 768-1611 |
| Email: KBloodworth@usa.doj.gov | Email: thomasl@smu.edu |
| Email: MMueller@usa.doj.gov | |

*Counsel for United States Department of Agriculture*

Vinson & Elkins LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone: (214) 220-7792
Facsimile: (214) 999-7792
Email: tleatherbury@velaw.com

*Counsel for Texas Public Radio*

US 7478236v.1